UNITED STATE DISTRICT COURT

DISTRICT OF MINNESOTA

ST. PAUL PAINTING INDUSTRY HEALTH AND WELFARE FUND,

Plaintiff,

vs.

BOB NICKELSON PAINTING INCORPORATED,

Defendant.

Civil File No. 01-CV-101 ADM/SRN

**NOTICE OF DISMISSAL WITH PREJUDICE AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1), the Plaintiff hereby dismisses the above-captioned matter with prejudice.

Dated: February 9, 2001

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela Hodges Nissen
Atty. Reg. 259810
Jacqueline M. Beaulieu
Atty. Reg. 293088
800 Nicollet Mall
Suite 2600
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

ATTORNEYS FOR PLAINTIFF

FILED FEB 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT E...
DEPUTY CLE...

**ORDER**

**IT IS HEREBY ORDERED**: pursuant to the Notice of Dismissal by Plaintiff, this matter is dismissed with prejudice.

Dated: February 14, 2001

Ann D. Montgomery
Judge of District Court